IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CR-00086-RJC-DSC

| | |
|---|---|
| USA | )<br>) |
| v. | )    ORDER<br>) |
| RONNIE LEE NEELY (1) | )<br>)<br>) |

**THIS MATTER** is before the Court upon another motion of the defendant for a reduction of sentence based on Section 404(b) the First Step Act of 2018. (Doc. No. 110).

On June 27, 2019, the Court denied his previous motion brought under the Act, (Doc. No. 107), after a complete review of the merits. (Doc. No. 109: Order). Accordingly, the Court may not entertain the instant motion. Pub. L. 115-135 § 404(c) (2018) ("No court shall entertain a motion made under this section [404] to reduce a sentence … if a previous motion made under this section to reduce the sentence was, after the date of enactment of this Act [December 21, 2018], denied after a complete review of the motion on the merits.")

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 109), is **DENIED**.

The Clerk is directed to certify copies of this Order to the defendant, the Federal Defender, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: September 4, 2019

Robert J. Conrad, Jr.
United States District Judge